FILED IN
COURT OF CRIMINAL APPEALS

DECEMBER 23, 2015

ABEL ACOSTA, CLERK

PD-1669-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/23/2015 3:08:06 PM
Accepted 12/23/2015 3:18:45 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
AT
AUSTIN, TEXAS

JACOB RANDALL SONGER,
Appellant

v.                                                              NO._____

THE STATE OF TEXAS,
Appellee

**MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Appellant Jacob Randall Songer, by and through his undersigned counsel, and pursuant to Rule 68.2 (c) of the Texas Rules of Appellate Procedure, respectfully moves for an extension of time to file a Petition For Discretionary Review in this case. In support, Appellant submits the following:

**I**

Appellant was convicted in Cause No. 13-272-CR, County Court At Law, Kendall County, of Driving While Intoxicated. He appealed, but on November 25, 2015, the San Antonio Court of Appeals affirmed his conviction. *Songer v. State*, No. 04-14-00814-CR ( Tex. App.- San Antonio 2015)(Unpublished).

## II

Appellant's Petition is currently due on December 28, 2015 (December 25, a Friday, being Christmas). Undersigned counsel was just retained on Saturday, December 19, 2015, and needs time to prepare the Petition, which involves an important Fourth Amendment issue. Accordingly, Appellant requests a thirty- day extension of time until January 27, 2016 to file his Petition.

Respectfully submitted,

/s/ Terrence W. Kirk
TERRENCE W. KIRK
State Bar No. 11513500
1504 West Avenue
Austin, Texas 78701
(512) 236-8511
(512) 474-8252 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion For Extension of Time was mailed to Donald Allee, Kendall County Attorney, 201 East San Antonio Street, Suite 306, Boerne, Texas 78006, on this the 23rd day of December, 2015.

/s/ Terrence W. Kirk